# U.S. District Court
# Eastern District of California – Live System (Sacramento)
# CIVIL DOCKET FOR CASE #: 2:13–cv–02414–KJM–DB

In re JPMorgan Chase Derivative Litigation
Assigned to: District Judge Kimberly J. Mueller
Referred to: Magistrate Judge Deborah Barnes
Member cases:

    2:13–cv–02573–KJM–EFB

    2:14–cv–00041–KJM–EFB

    2:14–cv–00062–WBS–AC

    2:14–cv–00227–WBS–CKD

    2:14–cv–01489–KJM–EFB

Cause: 28:1332 Diversity–Breach of Fiduciary Duty

Date Filed: 11/20/2013
Date Terminated: 06/30/2017
Jury Demand: Plaintiff
Nature of Suit: 160 Stockholders Suits
Jurisdiction: Diversity

**Plaintiff**

**Ronald A. Harris**
                                         represented by

**Alexandra P. Summer**
Cotchett, Pitre & McCarthy, LLP
840 Malcolm Road
Suite 200
Burlingame, CA 94010
650–697–6000
Fax: 650–697–0577
Email: asummer@cpmlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Francis Alexander Bottini**
Bottini & Bottini, Inc.
7817 Ivanhoe Avenue
Suite 102
La Jolla, CA 92037
858–914–2001
Fax: 858–914–2002
Email: fbottini@bottinilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelsey J. Fischer**
Dreyer Babich Buccola Wood Campora, LLP
20 Bicentennial Circle
Sacramento, CA 95826
916–379–3500
Email: kfischer@dbbwc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark C. Molumphy**
Cotchett, Pitre & Mccarthy, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200

Burlingame, CA 94010
650–697–6000
Fax: 650–697–0577
Email: mmolumphy@cpmlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Marcus Schnarr**
Cotchett, Pitre & Mccarthy, LLP
840 Malcolm Road
Suite 200
Burlingame, CA 94010
650–867–0006–216
Fax: 650–697–0577
Email: bschnarr@cpmlegal.com
*ATTORNEY TO BE NOTICED*

**Elizabeth Tran**
Cotchett, Pitre & McCarthy, LLP
840 Malcolm Road
Burlingame, CA 94010
650–697–6000
Fax: 650–697–0577
Email: etran@cpmlegal.com
*ATTORNEY TO BE NOTICED*

**Joseph W. Cotchett**
Cotchett, Pitre & McCarthy, LLP
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
650–697–6000
Fax: 650–692–1112
Email: jcotchett@cpmlegal.com
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Joliet Fire Pension Fund**          represented by  **Peter Borkon**
*TERMINATED: 04/18/2014*                              Hagens Berman Sobol Shapiro LLP
                                                     715 Hearst Avenue, Suite 202
                                                     Berkeley, CA 94710
                                                     510–725–3000
                                                     Email: peterb@hbsslaw.com
                                                     *TERMINATED: 04/18/2014*

<u>**Plaintiff**</u>

**Richard Ratcliff**                  represented by  **Alexandra P. Summer**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Francis Alexander Bottini**
                                                     (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelsey J. Fischer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark C. Molumphy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Tran**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph W. Cotchett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roger A. Dreyer**
Dreyer Babich Buccola Wood Campora, LLP
20 Bicentennial Circle
Sacramento, CA 95826
916–379–3500
Fax: 916–379–3599
Email: rdreyer@dbbwc.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey Shlosberg**                    represented by   **Alexandra P. Summer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Francis Alexander Bottini**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelsey J. Fischer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark C. Molumphy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Tran**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph W. Cotchett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bradley P. Miller**                     represented by   **Francis Alexander Bottini**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelsey J. Fischer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark C. Molumphy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian S. Kabateck**
Kabateck Brown Kellner, LLP
644 S. Figueroa St.
Los Angeles, CA 90017
213–217–5000
Fax: 213–217–5010
Email: bsk@kbklawyers.com
*ATTORNEY TO BE NOTICED*

**Elizabeth Tran**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gerald Maltz , PHV**
Haralson, Miller, Pitt, Feldman & McAnally,
PLC
One South Church Avenue
Suite 900
Tucson, AT 85701
(520) 792–3836
Fax: (520) 624–5080
Email: gmaltz@hmpmlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph W. Cotchett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua H. Haffner**
Haffner Law, PC
445 S. Figueroa St.
Suite 2325

Los Angeles, CA 90071–1631
213–514–5681
Fax: 213–514–5682
Email: jhh@haffnerlawyers.com
*TERMINATED: 09/07/2016*

**Peter T. Limperis , PHV**
Harlson, Miller, Pitt, Feldman & McAnally, PLC
One South Church Avenue
Suite 900
Tucson, AZ 85701
(520) 792–3836
Fax: (520) 624–5080
Email: plimperis@hmpmlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Mayer Horwitz** | represented by | **Francis Alexander Bottini** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Liberty**
Law Office Of Michael D. Liberty
San Francisco Airport Office Center
1290 Howard Avenue, Suite 303
Burlingame, CA 94010
650–685–8085
Fax: (650) 685–8086
Email: mdlaw@pacbell.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **James Dimon** | represented by | **Christopher John Banks** |

Morgan, Lewis & Bockius, LLP
1 Market Street, Spear Street Tower
5th Floor
San Francisco, CA 94105
415–442–1000
Fax: 415–442–1001
Email: cbanks@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Kubek , PHV**
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
212–909–6000

Fax: 212–909–6836
Email: gwkubek@debevoise.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin P. Smith**
Morgan Lewis & Bockius
Spear Street Tower
One Market, Spear Street
San Franccisco, CA 94105
415–442–1289
Fax: 415–442–1500
Email: bpsmith@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Franklin Brock Gowdy**
Morgan, Lewis & Bockius, LLP
1 Market Street, Spear Street Tower
5th Floor
San Francisco, CA 94105
415–442–1000
Fax: 415–442–1001
Email: fgowdy@morganlewis.com
*ATTORNEY TO BE NOTICED*

**George G. Weickhardt**
Rimac & Martin
1051 Divisadero Street
San Franicisco, CA 94115
415 561 8440
Email: gweickhardt@rmkb.com
*TERMINATED: 04/04/2014*

**Ian Thompson Long**
Gibson, Dunn & Crutcher
555 Mission Street
Suite 3000
San Francisco, CA 94105
(415) 393–8200
Email: ilong@gibsondunn.com
*TERMINATED: 02/26/2015*

**Jaculin Aaron**
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
212–848–4450
Fax: 646–848–4450
Email: jaaron@shearman.com
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**James Bell**                                    represented by   **Alethea Murray Sargent**
                                                                 Shearman & Sterling LLP

535 Mission Street, 25th Floor
San Francisco, CA 94105
415–616–1264
Fax: 415–616–1464
Email: alethea.sargent@shearman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher John Banks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart Baskin , PHV**
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
212–848–4000
Email: SBaskin@Shearman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily V. Griffen**
Shearman and Sterling LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
415–616–1128
Fax: 415–616–1328
Email: egriffen@shearman.com
*ATTORNEY TO BE NOTICED*

**Jaculin Aaron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Crandall C Bowles**                    represented by   **Alethea Murray Sargent**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher John Banks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart Baskin , PHV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily V. Griffen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jaculin Aaron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stephen B. Burke**                     represented by   **Alethea Murray Sargent**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher John Banks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart Baskin , PHV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily V. Griffen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jaculin Aaron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**James S. Crown**                       represented by   **Alethea Murray Sargent**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher John Banks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart Baskin , PHV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily V. Griffen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jaculin Aaron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ellen V. Futter**                                represented by   **Alethea Murray Sargent**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher John Banks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart Baskin , PHV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily V. Griffen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jaculin Aaron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**William B. Harrison, Jr.**                       represented by   **Gary Kubek , PHV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin P. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher John Banks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Franklin Brock Gowdy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George G. Weickhardt**
(See above for address)
*TERMINATED: 04/04/2014*

**Ian Thompson Long**
(See above for address)
*TERMINATED: 02/26/2015*

**Jaculin Aaron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Laban P. Jackson, Jr.**                    represented by  **Alethea Murray Sargent**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Christopher John Banks**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Stuart Baskin , PHV**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Emily V. Griffen**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

                                              **Jaculin Aaron**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Robert I. Lipp**                           represented by  **Christopher John Banks**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Gary Kubek , PHV**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Benjamin P. Smith**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

                                              **Franklin Brock Gowdy**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

                                              **George G. Weickhardt**
                                              (See above for address)
                                              *TERMINATED: 04/04/2014*

                                              **Ian Thompson Long**
                                              (See above for address)
                                              *TERMINATED: 02/26/2015*

                                              **Jaculin Aaron**
                                              (See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **David C. Novak** | represented by | **Alethea Murray Sargent** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Christopher John Banks** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Stuart Baskin , PHV** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Emily V. Griffen** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Jaculin Aaron** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Lee R. Raymond** | represented by | **Alethea Murray Sargent** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Christopher John Banks** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Stuart Baskin , PHV** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Emily V. Griffen** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Jaculin Aaron** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **William C. Weldon** | represented by | **Alethea Murray Sargent** |
| | | (See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher John Banks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart Baskin , PHV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily V. Griffen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jaculin Aaron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**JPMorgan Chase & Co.**                    represented by   **Christopher John Banks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Kubek , PHV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin P. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Franklin Brock Gowdy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George G. Weickhardt**
(See above for address)
*TERMINATED: 03/12/2014*

**Ian Thompson Long**
(See above for address)
*TERMINATED: 02/26/2015*

**Jaculin Aaron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Johanna Skrzypczyk , PHV**
New York State Office of the Attorney General

120 Broadway
New York, NY 10271
212–416–8000
Email: Johanna.Skrzypczyk@ag.ny.gov
*TERMINATED: 02/22/2017*
*PRO HAC VICE*

**Defendant**

**Timothy P. Flynn**                             represented by   **Alethea Murray Sargent**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher John Banks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily V. Griffen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jaculin Aaron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Jeffrey Shlosberg**                             represented by   **Francis Alexander Bottini**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelsey J. Fischer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark C. Molumphy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph W. Cotchett**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Neutral**

**Sierra Pacific Mortgage Company, Inc.**          represented by   **Jonathan Michael Jenkins**
Jenkins Kayayan, LLP

444 S. Flower Street
Suite 1530
Los Angeles, CA 90071
310–984–6800
Fax: 310–984–6840
Email: jjenkins@jklitigators.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/20/2013 | Ï 1 | COMPLAINT against James Bell, Crandall C Bowles, Stephen B. Burke, James S. Crown, James Dimon, Ellen V. Futter, William H. Harrison, Jr., JPMorgan Chase & Co., Laban P. Jackson, Jr., Robert I. Lipp, David C. Novak, Lee R. Raymond, William C. Weldon by Ronald A. Harris. Attorney Molumphy, Mark C added. (Filing fee $ 400) (Attachments: # 1 Civil Cover Sheet)(Molumphy, Mark) (Entered: 11/20/2013) |
| 11/20/2013 | Ï | PAYMENT for Civil Case filing fee (Molumphy, Mark) (Entered: 11/20/2013) |
| 11/20/2013 | Ï 2 | SUMMONS ISSUED as to *James Bell, Crandall C Bowles, Stephen B. Burke, James S. Crown, James Dimon, Ellen V. Futter, William B. Harrison, Jr., JPMorgan Chase & Co., Laban P. Jackson, Jr., Robert I. Lipp, David C. Novak, Lee R. Raymond, William C. Weldon* with answer to complaint due within *21* days. Attorney *Mark C Molumphy* *Cotchett, Pitre & Mccarthy, LLP* *Cotchett, Pitre & Mccarthy, LLP* *Burlingame, CA 94010*. (Kastilahn, A) (Entered: 11/20/2013) |
| 11/20/2013 | Ï 3 | CIVIL NEW CASE DOCUMENTS ISSUED; Initial Scheduling Conference set for 4/3/2014 at 02:30 PM in Courtroom 3 (KJM) before Judge Kimberly J. Mueller. (Attachments: # 1 Standing Order, # 2 Consent Form, # 3 VDRP) (Kastilahn, A) (Entered: 11/20/2013) |
| 11/21/2013 | Ï | RECEIPT number #CAE200056683 $400.00 fbo Harris v Dimon by Cotchett Pitre and McCarthy LLP on 11/21/2013. (Becknal, R) (Entered: 11/21/2013) |
| 11/22/2013 | Ï 4 | NOTICE of REMOVAL of Counsel for attorney Frank C. Damrell, Jr. filed by plaintiff Ronald A. Harris. (Molumphy, Mark) Modified on 11/25/2013 (Marciel, M) (Entered: 11/22/2013) |
| 12/19/2013 | Ï 5 | STIPULATION FOR EXTERSION OF TIME to respond to the 1 Complaint by JPMorgan Chase & Co. Attorney Weickhardt, George G ADDED. (Attachments: # 1 Proof of Service) (Weickhardt, George) Modified on 12/20/2013 (Michel, G). (Entered: 12/19/2013) |
| 12/20/2013 | Ï 6 | NOTICE of RELATED CASE 2:13–cv–2573 by Jeffrey Shlosberg. (Bottini, Francis) (Entered: 12/20/2013) |
| 01/02/2014 | Ï 7 | SUMMONS RETURNED EXECUTED: JPMorgan Chase & Co. served on 11/27/2013, answer due 12/18/2013. (Molumphy, Mark) (Entered: 01/02/2014) |
| 01/08/2014 | Ï 8 | NOTICE OF RELATED CASES: 2:14–cv–00041 GEB KJN, 2:13–cv–02573 WBS CKD by Joliet Fire Pension Fund. Attorney Borkon, Peter ADDED. (Borkon, Peter) Modified on 1/9/2014 (Michel, G). (Entered: 01/08/2014) |
| 01/09/2014 | Ï 9 | RELATED CASE ORDER signed by Judge Kimberly J. Mueller on 1/8/14 ORDERING that this case be related to case number 2:13–cv–2573 WBS CKD and that the related case be reassigned to Judge Kimberly J. Mueller and Magistrate Judge Edmund F. Brennan for all further proceedings. The Clerk shall make the appropriate adjustments in the case assignment. (Meuleman, A) (Entered: 01/09/2014) |

| 01/10/2014 | Ï 10 | NOTICE of RELATED CASE 13–cv–2414, 13–cv–2573, 14–cv–00041 by Richard Ratcliff. Attorney Dreyer, Roger A added. (Dreyer, Roger) (Entered: 01/10/2014) |
|---|---|---|
| 01/15/2014 | Ï 11 | STIPULATION and PROPOSED ORDER To Extend Nominal Defendant's Time to Respond to Complaint by JPMorgan Chase & Co.. (Weickhardt, George) Modified on 1/16/2014 (Kaminski, H). (Entered: 01/15/2014) |
| 01/16/2014 | Ï 12 | MINUTE ORDER issued by Courtroom Deputy C. Schultz for Judge Kimberly J. Mueller on 1/16/2014: The parties' stipulated request for extension of time 11 is GRANTED. Accordingly, the deadline for defendant JPMorgan Chase and Co.'s time to respond to the complaint is EXTENDED to 1/29/2014. (Text Only Entry) (Schultz, C) (Entered: 01/16/2014) |
| 01/21/2014 | Ï 13 | RELATED CASE ORDER signed by Judge Kimberly J. Mueller on 1/17/14. Case number 2:14–cv–0041 GEB KJN reassigned to Judge Kimberly J. Mueller and Magistrate Judge Edmund F. Brennan for all further proceedings. New Case Number: 2:14–cv–0041 KJM EFB. (Manzer, C) (Entered: 01/21/2014) |
| 01/29/2014 | Ï 14 | NOTICE of CHANGE of ADDRESS by George G. Weickhardt. (Weickhardt, George) (Entered: 01/29/2014) |
| 01/31/2014 | Ï 15 | STIPULATION and PROPOSED ORDER for Consolidating Actions, Appointing Co–Lead Counsel, and Setting Schedule for Filing of and Response to Consolidated Complaint by James Bell, Crandall C Bowles, Stephen B. Burke, James S. Crown, Ellen V. Futter, Laban P. Jackson, Jr., David C. Novak, Lee R. Raymond, William C. Weldon. Attorney Aaron, Jaculin added. (Aaron, Jaculin) (Entered: 01/31/2014) |
| 02/07/2014 | Ï 16 | ORDER CONSOLIDATING CASES signed by Judge Kimberly J. Mueller on 2/6/14. Case nos. 2:13–cv–02414–KJM–EFB, 2:13–cv–02573–KJM–EFB, 2:14–cv–00041–KJM–EFB, 2:14–cv–00062–WBS–AC and 2:14–cv–0227–WBS–CKD are consolidated for all purposes, including pretrial proceedings, trial and appeal. The captions of the actions shall be "In re JPMorgan Chase Derivative Litigation" and the files shall be maintained under Master File No. 2:13–cv–2414–KJM–EFB. Cotchett, Pitre and McCarthy, LLP is appointed as lead counsel for plaintiffs in the consolidated action. Plaintiffs shall designate an existing complaint to serve as the lead complaint, or file and serve a consolidated complaint by 3/3/14. Defendants shall answer or otherwise respond to the consolidated complaint no later than 45 days after service. (Manzer, C) (Entered: 02/07/2014) |
| 02/11/2014 | Ï 17 | PRO HAC VICE APPLICATION and PROPOSED ORDER submitted by Bradley P Miller for attorney Peter T. Limperis to appear Pro Hac Vice. (Haffner, Joshua) (Entered: 02/11/2014) |
| 02/11/2014 | Ï 18 | PRO HAC VICE APPLICATION and PROPOSED ORDER submitted by Bradley P Miller for attorney Gerald Maltz to appear Pro Hac Vice. (Haffner, Joshua) (Entered: 02/11/2014) |
| 02/11/2014 | Ï 19 | MINUTE ORDER issued by Courtroom Deputy C. Schultz for Judge Kimberly J. Mueller on 2/11/2014: In light of the Order Consolidating Cases 16 , the Status (Pretrial Scheduling) Conference set for 4/3/2014 is VACATED and RESET for 6/26/2014 at 2:30 PM in Courtroom 3 before Judge Kimberly J. Mueller. No less than seven days before the conference, the parties shall file a joint status report. (Text Only Entry) (Schultz, C) (Entered: 02/11/2014) |
| 02/13/2014 | Ï | RECEIPT number CAE200058254 for $200.00 for Gerald Maltz from Miller, Pitt, Feldman & McAnally, P.C. (Meuleman, A) (Entered: 02/13/2014) |
| 02/13/2014 | Ï | RECEIPT number CAE200058255 for $200.00 for Peter L. Limperis from Miller, Pitt, Feldman & McAnally, P.C. (Meuleman, A) (Entered: 02/13/2014) |
| 02/14/2014 | Ï 20 | PRO HAC VICE ORDER signed by Judge Kimberly J. Mueller on 2/14/14. Added attorney Peter T. Limperis, PHV for Bradley P Miller, re 17 Pro Hac Vice Application. (Mena–Sanchez, L) |

(Entered: 02/14/2014)

| | | |
|---|---|---|
| 02/14/2014 | Ï 21 | PRO HAC VICE ORDER signed by Judge Kimberly J. Mueller on 2/14/14. Added attorney Gerald Maltz, PHV for Bradley P Miller, re 18 Pro Hac Vice Application. (Mena–Sanchez, L) (Entered: 02/14/2014) |
| 02/18/2014 | Ï 22 | PRO HAC VICE APPLICATION and PROPOSED ORDER submitted by James Bell, Crandall C Bowles, Stephen B. Burke, James S. Crown, Ellen V. Futter, Laban P. Jackson, Jr., David C. Novak, Lee R. Raymond, William C. Weldon for attorney Stuart J. Baskin to appear Pro Hac Vice. Attorney Griffen, Emily V. added. (Filing fee $ 200, receipt number 0972–5184944) (Griffen, Emily) (Entered: 02/18/2014) |
| 02/19/2014 | Ï 23 | SUBSTITUTION of ATTORNEY – PROPOSED, submitted by JPMorgan Chase & Co.. (Weickhardt, George) (Entered: 02/19/2014) |
| 02/19/2014 | Ï 24 | SUBSTITUTION of ATTORNEY – PROPOSED, submitted by JPMorgan Chase & Co.. (Weickhardt, George) (Entered: 02/19/2014) |
| 02/19/2014 | Ï 25 | SUBSTITUTION of ATTORNEY – PROPOSED, submitted by JPMorgan Chase & Co.. (Weickhardt, George) (Entered: 02/19/2014) |
| 02/19/2014 | Ï 26 | SUBSTITUTION of ATTORNEY – PROPOSED, submitted by JPMorgan Chase & Co.. (Weickhardt, George) (Entered: 02/19/2014) |
| 02/24/2014 | Ï 27 | (DISREGARD; REFER TO AMENDED ORDER AT ECF NO. 28 ) PRO HAC VICE ORDER signed by Judge Kimberly J. Mueller on 2/24/14. Added attorney Stuart J. Baskin, PHV for James Bell, Crandall C Bowles, Stephen B. Burke, James S. Crown, James Dimon, Ellen V. Futter, William B. Harrison, Jr., Laban P. Jackson, Jr., Robert I. Lipp, David C. Novak, Lee R. Raymond, and William C. Weldon. (Becknal, R) Modified on 3/3/2014 (Schultz, C). (Entered: 02/24/2014) |
| 02/28/2014 | Ï 28 | AMENDED PRO HAC VICE ORDER signed by Judge Kimberly J. Mueller on 2/28/2014; Pro Hac Vice Attorney Stuart J. Baskin added for defendants James Bell, Crandall C. Bowles, Stephen B. Burke, James S. Crown, Ellen V. Futter, Laban P. Jackson, Jr., David C. Novak, Lee R. Raymond, and William C. Weldon.(Waggoner, D) (Entered: 02/28/2014) |
| 03/03/2014 | Ï 29 | COMPLAINT *(Consolidated Shareholder Derivative Complaint)* against James Bell, Crandall C Bowles, Stephen B. Burke, James S. Crown, James Dimon, Ellen V. Futter, William B. Harrison, Jr., JPMorgan Chase & Co., Laban P. Jackson, Jr., Robert I. Lipp, David C. Novak, Lee R. Raymond, William C. Weldon, Timothy P. Flynn by Jeffrey Shlosberg, Ronald A. Harris, Richard Ratcliff.(Molumphy, Mark) (Entered: 03/03/2014) |
| 03/12/2014 | Ï 30 | ORDER SUBSTITUTING ATTORNEY signed by Judge Kimberly J. Mueller on 3/12/14. Added attorney Ian Thompson Long for JPMorgan Chase & Co., attorney George G. Weickhardt terminated. (Meuleman, A) (Entered: 03/12/2014) |
| 03/12/2014 | Ï 31 | ORDER SUBSTITUTING ATTORNEY signed by Judge Kimberly J. Mueller on 3/12/14. Added attorney Benjamin Patrick Smith for JPMorgan Chase & Co. Attorney George G. Weickhardt terminated. (Meuleman, A) (Entered: 03/12/2014) |
| 03/18/2014 | Ï 32 | ORDER SUBSTITUTING ATTORNEY signed by Judge Kimberly J. Mueller on 3/12/14. Added attorney Franklin Brock Gowdy for JPMorgan Chase & Co. (Meuleman, A) (Entered: 03/18/2014) |
| 03/18/2014 | Ï 33 | ORDER SUBSTITUTING ATTORNEY signed by Judge Kimberly J. Mueller on 3/12/14. Added attorney Christopher John Banks for JPMorgan Chase & Co. (Meuleman, A) (Entered: 03/18/2014) |
| 03/31/2014 | Ï 34 | SUBSTITUTION of ATTORNEY – PROPOSED, submitted by JPMorgan Chase & Co.. (Weickhardt, George) (Entered: 03/31/2014) |

| 03/31/2014 | Ï 35 | SUBSTITUTION of ATTORNEY – PROPOSED, submitted by JPMorgan Chase & Co.. (Weickhardt, George) (Entered: 03/31/2014) |
|---|---|---|
| 03/31/2014 | Ï 36 | SUBSTITUTION of ATTORNEY – PROPOSED, submitted by JPMorgan Chase & Co.. (Weickhardt, George) (Entered: 03/31/2014) |
| 03/31/2014 | Ï 37 | SUBSTITUTION of ATTORNEY – PROPOSED, submitted by JPMorgan Chase & Co.. (Weickhardt, George) (Entered: 03/31/2014) |
| 04/04/2014 | Ï 38 | STIPULATION and PROPOSED ORDER for Resetting Briefing Schedule and Setting Page Limits re 29 Complaint, by James Bell, Crandall C Bowles, Stephen B. Burke, James S. Crown, Ellen V. Futter, Laban P. Jackson, Jr., David C. Novak, Lee R. Raymond, William C. Weldon. (Aaron, Jaculin) (Entered: 04/04/2014) |
| 04/04/2014 | Ï | MINUTE ORDER issued by Courtroom Deputy C. Schultz for Judge Kimberly J. Mueller on 4/4/2014: The proposed attorney substitutions filed by defendants James Dimon, William Harrison Jr., and Robert Lipp at ECF Nos. 34 , 35 , 36 , and 37 are APPROVED. Accordingly, attorney Christopher J. Banks, Franklin B. Gowdy, Ian T. Long, and Benjamin P. Smith are SUBSTITUTED into this action in place of attorney George G. Weickhardt. (Text Only Entry)(Schultz, C) (Entered: 04/04/2014) |
| 04/11/2014 | Ï 39 | MINUTE ORDER issued by Courtroom Deputy C. Schultz for Judge Kimberly J. Mueller on 4/11/2014: The parties' stipulated request to modify the briefing schedule 38 is GRANTED. Accordingly, defendants shall file and serve a motion in response to the Consolidated Complaint in one opening brief not to exceed forty (40) pages by 5/9/2014, plaintiffs shall file and serve one opposition brief not to exceed forty (40) pages by 7/15/2014, defendants shall file and serve one reply brief not to exceed twenty (20) pages by 8/15/2014, and a hearing on defendants' motion shall be set no later than 9/12/2014. It is FURTHER ORDERED that in light of this briefing schedule, the Status (Pretrial Scheduling) Conference set for 6/26/2014 is VACATED and RESET for 11/13/2014 at 2:30 PM in Courtroom 3 before Judge Kimberly J. Mueller. A joint status report shall be filed no less than seven days prior to the new date for the status conference. (Text Only Entry)(Schultz, C) (Entered: 04/11/2014) |
| 04/11/2014 | Ï 40 | PRO HAC VICE APPLICATION and PROPOSED ORDER submitted by James Dimon, William B. Harrison, Jr., JPMorgan Chase & Co., Robert I. Lipp for attorney Johanna N. Skrzypczyk to appear Pro Hac Vice. (Filing fee $ 200, receipt number 0972–5275862) (Banks, Christopher) (Entered: 04/11/2014) |
| 04/11/2014 | Ï 41 | PRO HAC VICE APPLICATION and PROPOSED ORDER submitted by James Dimon, William B. Harrison, Jr., JPMorgan Chase & Co., Robert I. Lipp for attorney Gary W. Kubek to appear Pro Hac Vice. (Filing fee $ 200, receipt number 0972–5275886) (Banks, Christopher) (Entered: 04/11/2014) |
| 04/15/2014 | Ï 42 | PRO HAC VICE ORDER signed by Judge Kimberly J. Mueller on 4/15/14. Added attorney Johanna Skrzypczyk, PHV for JPMorgan Chase & Co. (Mena–Sanchez, L) (Entered: 04/15/2014) |
| 04/15/2014 | Ï 43 | PRO HAC VICE ORDER signed by Judge Kimberly J. Mueller on 4/15/14. Added attorney Gary Kubek, PHV for JPMorgan Chase & Co., (Mena–Sanchez, L) (Entered: 04/15/2014) |
| 04/15/2014 | Ï 44 | NOTICE of VOLUNTARY DISMISSAL and PROPOSED ORDER by Joliet Fire Pension Fund. (Borkon, Peter) Modified on 4/16/2014 (Zignago, K.). (Entered: 04/15/2014) |
| 04/18/2014 | Ï 45 | MINUTE ORDER issued by Courtroom Deputy C. Schultz for District Judge Kimberly J. Mueller on 4/18/2014: Pursuant to the parties' stipulation re: voluntary dismissal 44 and Federal Rule of Civil Procedure 41(a), this action is DISMISSED without prejudice as to plaintiff Joliet Fire Pension. (Text Only Entry) (Schultz, C) (Entered: 04/18/2014) |

| 05/08/2014 | Ï 46 | STIPULATION and PROPOSED ORDER amending the Briefing Schedule by James Bell, Crandall C. Bowles, Stephen B. Burke, James S. Crown, Timothy P. Flynn, Ellen V. Futter, Laban P. Jackson, Jr., David C. Novak, Lee R. Raymond, William C. Weldon. Attorney Aaron, Jaculin ADDED. (Aaron, Jaculin) Modified on 5/9/2014 (Michel, G). (Entered: 05/08/2014) |
|---|---|---|
| 05/14/2014 | Ï 47 | MINUTE ORDER issued by Courtroom Deputy C. Schultz for Judge Kimberly J. Mueller on 5/14/2014: The parties' stipulated request to modify the briefing schedule 46 is GRANTED. Accordingly, defendants shall file and serve their motion in response to the Consolidated Complaint by 5/16/2014, plaintiffs shall file and serve their opposition brief by 7/22/2014, defendants shall file and serve their reply brief by 8/22/2014, and a hearing on defendants' motion shall be set no later than 9/12/2014. (Text Only Entry)(Schultz, C) (Entered: 05/14/2014) |
| 05/16/2014 | Ï 48 | MOTION to DISMISS by James Bell, Crandall C Bowles, Stephen B. Burke, James S. Crown, Timothy P. Flynn, Ellen V. Futter, Laban P. Jackson, Jr., David C. Novak, Lee R. Raymond, William C. Weldon. Motion Hearing set for 9/12/2014 at 10:00 AM in Courtroom 3 before Judge Kimberly J. Mueller. (Aaron, Jaculin) (Entered: 05/16/2014) |
| 05/16/2014 | Ï 49 | DECLARATION of A. Horan in SUPPORT OF 48 MOTION to DISMISS. (Aaron, Jaculin) (Entered: 05/16/2014) |
| 05/16/2014 | Ï 50 | DECLARATION of S. Baskin in SUPPORT OF 48 MOTION to DISMISS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Aaron, Jaculin) (Entered: 05/16/2014) |
| 07/22/2014 | Ï 51 | OPPOSITION by Ronald A. Harris to 48 MOTION to DISMISS. (Molumphy, Mark) (Entered: 07/22/2014) |
| 07/22/2014 | Ï 52 | DECLARATION of Mark C. Molumphy in OPPOSITION TO 48 MOTION to DISMISS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Molumphy, Mark) (Entered: 07/22/2014) |
| 07/22/2014 | Ï 53 | DECLARATION of William Sarsfield in OPPOSITION TO 48 MOTION to DISMISS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Molumphy, Mark) (Entered: 07/22/2014) |
| 07/22/2014 | Ï 54 | DECLARATION of Phil Angelides in OPPOSITION TO 48 MOTION to DISMISS. (Attachments: # 1 Exhibit A)(Molumphy, Mark) (Entered: 07/22/2014) |
| 07/22/2014 | Ï 55 | REQUEST for JUDICIAL NOTICE by Ronald A. Harris in re 51 Opposition to Motion. (Molumphy, Mark) (Entered: 07/22/2014) |
| 08/19/2014 | Ï 56 | NOTICE of RELATED CASE 14−cv−01489 by Mayer Horwitz. Attorney Liberty, Michael D. added. (Liberty, Michael) (Entered: 08/19/2014) |
| 08/21/2014 | Ï 57 | NOTICE of RELATED CASE 2:13−cv−01397 by Sierra Pacific Mortgage Company, Inc.. Attorney Jenkins, Jonathan Michael added. (Jenkins, Jonathan) (Entered: 08/21/2014) |
| 08/22/2014 | Ï 58 | REPLY MEMORANDUM by James Bell, Crandall C Bowles, Stephen B. Burke, James S. Crown, Timothy P. Flynn, Ellen V. Futter, Laban P. Jackson, Jr., David C. Novak, Lee R. Raymond, William C. Weldon re 48 MOTION to DISMISS. (Aaron, Jaculin) Modified on 8/25/2014 (Reader, L). (Entered: 08/22/2014) |
| 08/22/2014 | Ï 59 | DECLARATION of Stuart J. Baskin in SUPPORT OF 48 MOTION to DISMISS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Aaron, Jaculin) (Entered: 08/22/2014) |
| 08/25/2014 | Ï 60 | ORDER signed by Judge John A. Mendez on 8/22/14 ORDERING that the undersigned judge declines to relate the above−captioned cases pursuant to Local Rule 123 (c). The Court finds that the above−captioned cases are not "related" within the meaning of Local Rule 123(a)(1)−(4). |

| | | |
|---|---|---|
| | | Accordingly, 2:13–cv–02414–KJM–EFB shall not be reassigned to the undersigned judge. (Becknal, R) (Entered: 08/25/2014) |
| 09/08/2014 | Ï 61 | MINUTE ORDER issued by Courtroom Deputy C. Schultz for Judge Kimberly J. Mueller on 9/8/2014: On the court's own motion, the hearing as to Defendant's Motion to Dismiss 48 set for 9/12/2014 is VACATED and ADVANCED to 9/11/2014 at 10:00 AM in Courtroom 3 before Judge Kimberly J. Mueller. (Text Only Entry) (Schultz, C) (Entered: 09/08/2014) |
| 09/09/2014 | Ï 62 | NOTICE *of Supplemental Authority in Opposition to Defendants' Motion to Dismiss* by Ronald A. Harris re 51 Opposition to Motion, 48 MOTION to DISMISS. (Molumphy, Mark) (Entered: 09/09/2014) |
| 09/11/2014 | Ï 63 | MINUTES for MOTION HEARING held before Judge Kimberly J. Mueller on 9/11/2014. Plaintiffs' Counsel, Mark Molumphy, Joseph Cotchett, Francis Bottini, and Kelsey Fischer, present. Defendants' Counsel, Gary Kubek, Ian Long, Stuart Baskin, and Emily Griffen, present. After hearing oral argument as to defendants' Motion to Dismiss 48 , the court took the matter under submission; formal written order to issue. Court Reporter: Diane Shepard. (Text Only Entry) (Schultz, C) (Entered: 09/11/2014) |
| 09/12/2014 | Ï 64 | TRANSCRIPT REQUEST by Ronald A. Harris for proceedings held on 9/11/2014 before Judge Kimberly J. Mueller, (Molumphy, Mark) (Entered: 09/12/2014) |
| 09/18/2014 | Ï 65 | RELATED CASE ORDER signed by Judge Kimberly J. Mueller on 9/17/14. Case Number 2:14–cv–1489 is reassigned to Judge Kimberly J. Mueller and Magistrate Judge Edmund F. Brennan for all further proceedings. (Manzer, C) (Entered: 09/18/2014) |
| 10/08/2014 | Ï 66 | (DISREGARD; REFER TO AMENDED DOCUMENT AT ECF NO. 67 ) STIPULATION and PROPOSED ORDER for Consolidating Actions by James Dimon, William B. Harrison, Jr., JPMorgan Chase & Co., Robert I. Lipp. (Banks, Christopher) Modified on 10/10/2014 (Schultz, C). (Entered: 10/08/2014) |
| 10/10/2014 | Ï 67 | STIPULATION and PROPOSED ORDER for CONSOLIDATING ACTIONS by James Dimon, William B. Harrison, Jr., JPMorgan Chase & Co., Robert I. Lipp. (Banks, Christopher) (Entered: 10/10/2014) |
| 10/16/2014 | Ï 68 | ORDER CONSOLIDATING CASES signed by Judge Kimberly J. Mueller on 10/16/14 ORDERING the actions of Horwitz v. Dimon, et al., No. 2:14–cv–01489–KJM–EFB, and In re JPMorgan Chase Derivative Litigation, Master File No. 2:13–cv–02414–KJM–EFB, are hereby consolidated for all purposes, including pretrial proceedings, trial, and appeal; Every pleading filed in the consolidated action, or in any separate action included herein, shall bear the caption identified in the Court's February 7, 2014 Order; The Consolidated Shareholder Derivative Complaint filed on March 3, 2014 in In re JPMorgan Chase Derivative Litigation remains the operative pleading at issue in the consolidated action. (Becknal, R) (Entered: 10/16/2014) |
| 10/24/2014 | Ï 69 | ORDER granting 48 Motion to Dismiss with leave to amend signed by Judge Kimberly J. Mueller on 10/23/14. (Kaminski, H) (Entered: 10/24/2014) |
| 10/26/2014 | Ï 70 | TRANSCRIPT of Proceedings held on September 11, 2014, before Judge Kimberly J. Mueller, filed by Court Reporter Diane Shepard, Phone number 916–554–7460 E–mail diane.shepard@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction must be filed within 5 court days. Redaction Request due 11/17/2014. Redacted Transcript Deadline set for 11/28/2014. Release of Transcript Restriction set for 1/26/2015. (Shepard, D) (Entered: 10/26/2014) |
| 10/29/2014 | Ï 71 | |

| | | |
|---|---|---|
| | | MINUTE ORDER issued by Courtroom Deputy C. Schultz for Judge Kimberly J. Mueller on 10/29/2014: In light of the court's 10/24/2014 Order 69 , the Status (Pretrial Scheduling) Conference set for 11/13/2014 is VACATED and RESET for 1/8/2015 at 2:30 PM in Courtroom 3 before Judge Kimberly J. Mueller. The parties shall file a Joint Status Report no less than seven days before the new date for the status conference. (Text Only Entry)(Schultz, C) (Entered: 10/29/2014) |
| 10/30/2014 | Ï 72 | TRANSCRIPT REQUEST by James Bell, Crandall C Bowles, Stephen B. Burke, James S. Crown, Timothy P. Flynn, Ellen V. Futter, Laban P. Jackson, Jr., David C. Novak, Lee R. Raymond, William C. Weldon for proceedings held on September 11, 2014 before Judge Kimberly J. Mueller, (Griffen, Emily) (Entered: 10/30/2014) |
| 10/30/2014 | Ï 73 | TRANSCRIPT REQUEST by James Dimon, William B. Harrison, Jr., JPMorgan Chase & Co., Robert I. Lipp (Banks, Christopher) (Entered: 10/30/2014) |
| 11/24/2014 | Ï 74 | MOTION to Approve Discovery Plan by Ronald A. Harris. Motion Hearing set for 1/23/2015 at 10:00 AM in Courtroom 3 (KJM) before Judge Kimberly J. Mueller. (Attachments: # 1 Declaration of Mark C. Molumphy, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E)(Molumphy, Mark) Modified on 11/25/2014 (Schultz, C). (Entered: 11/24/2014) |
| 11/25/2014 | Ï 75 | MINUTE ORDER issued by Courtroom Deputy C. Schultz for District Judge Kimberly J. Mueller: The court is in receipt of Plaintiffs' Motion to Approve Discovery Plan 74 . The motion is noticed for hearing on January 23, 2015 which is not an available law and motion date. Plaintiffs are directed to re−notice the motion for one of the following available dates: January 16, 2015, January 30, 2015, or February 27, 2015 at 10:00 AM in Courtroom 3 before District Judge Kimberly J. Mueller. Accordingly, the hearing date of January 23, 2015 is VACATED. (Text Only Entry) (Schultz, C) (Entered: 11/25/2014) |
| 12/09/2014 | Ï 76 | AMENDED NOTICE to RESCHEDULE HEARING on 74 MOTION for DISCOVERY: Motion Hearing RESET for 2/27/2015 at 10:00 AM in Courtroom 3 (KJM) before Judge Kimberly J. Mueller. (Molumphy, Mark) Modified on 12/10/2014 (Kaminski, H). (Entered: 12/09/2014) |
| 12/11/2014 | Ï 77 | MINUTE ORDER issued by Courtroom Deputy C. Schultz for Judge Kimberly J. Mueller on 12/11/2014: In light of Plaintiffs' Motion to Approve Discovery Plan 74 and on the court's own motion, the Status (Pretrial Scheduling) Conference set for 1/8/2015 is VACATED and RESET for 3/19/2015 at 2:30 PM in Courtroom 3 before Judge Kimberly J. Mueller. The parties shall file a Joint Status Report no less than seven days before the new date for the status conference. (Text Only Entry)(Schultz, C) (Entered: 12/11/2014) |
| 02/13/2015 | Ï 78 | OPPOSITION by James Dimon, William B. Harrison, Jr., JPMorgan Chase & Co., Robert I. Lipp to 74 MOTION for DISCOVERY *(Plaintiffs' Notice of Motion and Motion to Approve Discovery Plan)*. Attorney Aaron, Jaculin added. (Aaron, Jaculin) (Entered: 02/13/2015) |
| 02/13/2015 | Ï 79 | DECLARATION of Emily Griffen in OPPOSITION TO 74 MOTION for DISCOVERY *(Plaintiffs' Notice of Motion and Motion to Approve Discovery Plan)*. (Attachments: # 1 Exhibit A)(Aaron, Jaculin) (Entered: 02/13/2015) |
| 02/20/2015 | Ï 80 | REPLY Memorandum by Ronald A. Harris in SUPPORT of 74 MOTION to Approve Discovery Plan. (Attachments: # 1 Declaration of Mark C. Molumphy with A−X, # 2 Declaration of William Sarsfield, # 3 Declaration of Nirav Engineer)(Molumphy, Mark) Modified on 2/25/2015 (Mena−Sanchez, L). (Entered: 02/20/2015) |
| 02/23/2015 | Ï 81 | MINUTE ORDER issued by Courtroom Deputy C. Schultz for District Judge Kimberly J. Mueller on 2/23/2015: This matter is currently set for hearing on 2/27/2015, on plaintiffs' motion to approve discovery plan 74 . The court values the importance of training young attorneys, and encourages the parties to consider assigning the argument to an attorney with less than four years experience out of law school. If any party files a notice stating such an attorney from at least one |

| | | |
|---|---|---|
| | | side will argue the motion, the court will go forward with the hearing. If a notice is not filed, the court anticipates submitting the motion without oral argument. See L.R. 230(g). If you intend to file such a notice, please do so by 12PM on 2/25/2015. (Text Only Entry) (Schultz, C) (Entered: 02/23/2015) |
| 02/25/2015 | Ï 82 | NOTICE *AND REQUEST FOR ORAL ARGUMENT* by Ronald A. Harris re 74 MOTION for DISCOVERY *(Plaintiffs' Notice of Motion and Motion to Approve Discovery Plan)*, 81 Minute Order,,,. (Molumphy, Mark) (Entered: 02/25/2015) |
| 02/25/2015 | Ï 83 | REQUEST for *ORAL ARGUMENT OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE A SUR−REPLY* by James Bell, Crandall C Bowles, Stephen B. Burke, James S. Crown, James Dimon, Timothy P. Flynn, Ellen V. Futter, William B. Harrison, Jr., JPMorgan Chase & Co., Laban P. Jackson, Jr., Robert I. Lipp, David C. Novak, Lee R. Raymond, William C. Weldon. Attorney Banks, Christopher John added. (Attachments: # 1 Exhibit A)(Banks, Christopher) (Entered: 02/25/2015) |
| 02/25/2015 | Ï 84 | RESPONSE by Ronald A. Harris to 74 MOTION *to Approve Discovery Plan*, 83 Request, 81 Minute Order,,,. (Molumphy, Mark) (Entered: 02/25/2015) |
| 02/26/2015 | Ï 85 | MINUTE ORDER issued by Courtroom Deputy C. Schultz for Judge Kimberly J. Mueller: The defendant's request for leave to file a sur−reply will be addressed at hearing. To clarify, the court's February 23, 2015 Minute Order (ECF No. 81) does not restrict defendants to representation at the hearing on Friday, February 27, 2015, by attorneys with less than four years' experience out of law school, because defendants' request has not triggered the hearing. (Text Only Entry) (Schultz, C) (Entered: 02/26/2015) |
| 02/26/2015 | Ï 86 | NOTICE *Notice of Change in Counsel* by James Dimon, William B. Harrison, Jr., JPMorgan Chase & Co., Robert I. Lipp. (Long, Ian) (Entered: 02/26/2015) |
| 02/27/2015 | Ï 87 | MINUTES for MOTION HEARING held before Judge Kimberly J. Mueller on 2/27/2015. Plaintiffs' Counsel, Elizabeth Tran, Kelsey Fischer, Roger Dreyer, and Mark Molumphy, present. Defendants' Counsel, Christopher Banks, Stuart Baskin, Gary Kubek, and Emily Griffen, present. The court heard oral argument as to Plaintiffs' Motion to Approve Discovery Plan 74 . The court granted the parties leave to file a proposed joint discovery plan within twenty−one days at which time the matter will be submitted. A formal order will issue. In light of the pending motion, the court VACATED the Status (Pretrial Scheduling) Conference set for 3/19/2015 to be reset as appropriate. Court Reporter: Cathie Bodene. (Text Only Entry) (Schultz, C) (Schultz, C) (Entered: 02/27/2015) |
| 03/03/2015 | Ï 88 | ORDER signed by Judge Kimberly J. Mueller on 3/3/2015 ORDERING 74 plaintiff's motion, is GRANTED in PART; the parties shall meet and confer and file a revised plan no later than 3/20/2015; the court anticipates completed implementation of such plan, including resolution of any related discovery disputes, within 90 days of its approval; if after a good−faith effort the parties are unable to submit a joint plan, they shall file a joint report, to be filed by 3/20/2015, describing the nature of their disagreement, their efforts to resolve it, and their respective proposed plans.(Reader, L) (Entered: 03/03/2015) |
| 03/20/2015 | Ï 89 | STIPULATION and PROPOSED ORDER for Extension of Time to File Proposed Joint Discovery Plan by Ronald A. Harris. (Molumphy, Mark) (Entered: 03/20/2015) |
| 03/20/2015 | Ï 90 | MINUTE ORDER issued by Courtroom Deputy C. Schultz for Judge Kimberly J. Mueller on 3/20/2015: Good cause appearing, the parties' stipulated request for extension of time 89 is GRANTED. The deadline for submitting a revised joint discovery plan or joint report to the court is RESET for 3/27/2015. (Text Only Entry) (Schultz, C) (Entered: 03/20/2015) |
| 03/27/2015 | Ï 91 | JOINT REPORT RE DISCOVERY PLAN by Ronald A. Harris. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Molumphy, Mark) Modified on 3/30/2015 (Michel, G.). (Entered: 03/27/2015) |

| | | |
|---|---|---|
| 05/05/2015 | Ï 92 | ORDER signed by Judge Kimberly J. Mueller on 5/4/15: The parties shall complete the discovery plan approved in this order within 90 days. By the same date, the parties shall resolve any related discovery disputes according to this District's local rules. The plaintiffs shall file an amended complaint within 120 days. Requests for modification of this schedule will be granted only after a showing of good cause. (Kaminski, H) (Entered: 05/05/2015) |
| 07/07/2015 | Ï 93 | STIPULATION and PROPOSED ORDER for Protective Order by JPMorgan Chase & Co.. (Banks, Christopher) (Entered: 07/07/2015) |
| 07/14/2015 | Ï 94 | STIPULATED PROTECTIVE ORDER signed by Magistrate Judge Edmund F. Brennan on 7/13/2015. (Michel, G.) (Entered: 07/14/2015) |
| 07/16/2015 | Ï 95 | STIPULATION and PROPOSED ORDER for Setting Briefing Schedule on Plaintiffs' Motion to Compel by Ronald A. Harris. (Molumphy, Mark) (Entered: 07/16/2015) |
| 07/17/2015 | Ï | MINUTE ORDER: The Stipulation Setting Briefing Schedule for Pltf's Motion to Compel 95 is GRANTED. Pltf shall file their Motion to Compel FORTHWITH, setting the matter for hearing on 8/5/2015 at 10:00 AM in Courtroom 8 (EFB) before Magistrate Judge Edmund F. Brennan. Additionally, the Court orders the joint statement shall be filed by close of business on 7/23/2015. Ordered by Magistrate Judge Edmund F. Brennan on 7/17/2015. (Text only entry)(Cannarozzi, N) (Entered: 07/17/2015) |
| 07/17/2015 | Ï 96 | MOTION to COMPEL responses to Jurisdictional Discovery by Ronald A. Harris. Motion Hearing set for 8/5/2015 at 10:00 AM in Courtroom 8 (EFB) before Magistrate Judge Edmund F. Brennan. Attorney Schnarr, Brian Marcus added. (Schnarr, Brian) Modified on 7/20/2015 (Marciel, M) (Entered: 07/17/2015) |
| 07/20/2015 | Ï 97 | NOTICE of REQUEST to Seal Documents pursuant to L.R. 141 by plaintiff Ronald A. Harris. (Schnarr, Brian) Modified on 7/21/2015 (Marciel, M) (Entered: 07/20/2015) |
| 07/23/2015 | Ï 98 | MINUTE ORDER: On 5/5/2015 the Court issued a scheduling order 92 which required the discovery plan to be completed within 90 days of 5/4/2015. Pltf's Motion to Compel Responses to Jurisdictional Discovery 96 is currently set for hearing on 8/5/2015, which is outside of the previously ordered deadline. Accordingly, the parties shall file a motion or stipulation before the assigned District Judge demonstrating good cause to modify the Court's Order 92 so that the motion 96 can be heard on 8/5/2015. Ordered by Magistrate Judge Edmund F. Brennan on 7/23/2015. (Text only entry)(Cannarozzi, N) (Entered: 07/23/2015) |
| 07/23/2015 | Ï 99 | STIPULATION and PROPOSED ORDER extending deadlines set by Court's 5/5/2015 92 Order by Ronald A. Harris. (Schnarr, Brian) Modified on 7/23/2015 (Marciel, M) (Entered: 07/23/2015) |
| 07/23/2015 | Ï 100 | REDACTED JOINT STATEMENT re 96 Discovery disagreement filed pursuant to Local Rule 251 by plaintiff Ronald A. Harris. (Attachments: # 1 Exhibit A, # 2 Exhibit 1 – Under Seal, # 3 Exhibit 2 – Under Seal), # 4 Exhibit 3 – Under Seal) (Schnarr, Brian) Modified on 7/24/2015 (Marciel, M) (Entered: 07/23/2015) |
| 07/24/2015 | Ï 101 | MINUTE ORDER: The Court approves the filing of the redacted joint statement 100 . The Court further orders Pltf's Request to Seal Documents 97 set for hearing on 8/5/2015 at 10:00 AM in Courtroom 8 (EFB) before Magistrate Judge Edmund F. Brennan. Ordered by Magistrate Judge Edmund F. Brennan on 7/24/2015. (Text only entry)(Cannarozzi, N) (Entered: 07/24/2015) |
| 07/24/2015 | Ï 102 | MINUTE ORDER issued by Courtroom Deputy C. Schultz for Judge Kimberly J. Mueller: Good cause appearing, the parties' stipulated request for extension of time (ECF No. 99 ) is GRANTED. Accordingly, the parties shall complete the discovery plan approved by the court and resolve any related discovery disputes by September 16, 2015; Plaintiffs amended complaint shall be filed by October 16, 2015. (Text Only Entry) (Schultz, C) (Entered: 07/24/2015) |

| | | |
|---|---|---|
| 07/29/2015 | 103 | STIPULATION and PROPOSED ORDER for TO CONTINUE HEARING RE DISCOVERY DISPUTE by JPMorgan Chase & Co.. (Banks, Christopher) (Entered: 07/29/2015) |
| 07/30/2015 | 104 | ORDER signed by Magistrate Judge Edmund F. Brennan on 7/30/15 ORDERING the Hearing on Plaintiff's motion to compel 96 is continued to 8/12/2015 at 10:00 AM in Courtroom 8 (EFB) before Magistrate Judge Edmund F. Brennan. (Becknal, R) (Entered: 07/30/2015) |
| 08/10/2015 | 105 | MINUTE ORDER: The 8/12/2015 hearing re: Pltf's Request to Seal Documents and Motion to Compel Responses to Jurisdictional Discovery 96 97 is ordered CONTINUED to 9/2/2015 at 10:00 AM in Courtroom 8 (EFB) before Magistrate Judge Edmund F. Brennan. (Text only entry) Ordered by Magistrate Judge Edmund F. Brennan on 8/10/2015. (Text only entry)(Cannarozzi, N) (Entered: 08/10/2015) |
| 09/02/2015 | 106 | MINUTES (Text Only) for MOTION HEARING held on 9/2/2015 before Magistrate Judge Edmund F. Brennan re: Pltf's Request to Seal Documents and Motion to Compel Responses to Jurisdictional Discovery 96 97 .All parties present. Arguments heard. After consideration and for the reasons as stated on the record, the Court denied Pltf's request to seal documents 96 . Further arguments heard as to Pltf's Motion to Compel 97 . Motion submitted. Court order to issue. Plaintiffs Counsel Brian Schnaar, Kelsey Fischer, and Mark Molumphy present. Defendants Counsel Gary Kubek, Christopher Banks, and Emily Griffen present. Court Reporter/CD Number: ECRO, CD 1 of 1. (Cannarozzi, N) (Entered: 09/02/2015) |
| 09/15/2015 | 107 | STIPULATION and PROPOSED ORDER for EXTENDING DEADLINES SET BY COURT'S JULY 24, 2015 MINUTE ORDER by James Dimon, William B. Harrison, Jr., JPMorgan Chase & Co., Robert I. Lipp. (Banks, Christopher) (Entered: 09/15/2015) |
| 09/15/2015 | 108 | MINUTE ORDER issued by Courtroom Deputy C. Schultz for Judge Kimberly J. Mueller: The parties' stipulated request for extension of time (ECF No. 107 ) is GRANTED. Accordingly, if the court's decision on the pending motion to compel (ECF No. 96 ) orders JPMorgan, Dimon and/or Harrision to produce additional documents, the parties shall complete the discovery plan approved by the court and resolve any related discovery disputes within forty–five (45) days following the entry of the court's order on the motion, and plaintiffs shall file any amended complaint thirty within (30) days following the completion of the discovery plan; however, if the court denies the pending motion to compel (ECF No. 96 ), plaintiffs shall file any amended complaint within thirty (30) days following the entry of the court's order resolving the motion. (Text Only Entry) (Schultz, C) (Entered: 09/15/2015) |
| 09/21/2015 | 109 | ORDER signed by Magistrate Judge Edmund F. Brennan on 9/21/2015 DENYING 97 Plaintiffs' Request to Seal Documents and GRANTING 96 Plaintiffs' Motion to Compel. Defendants James Dimon, William Harrison, and JP Morgan SHALL PRODUCE all responsive documents within 45 days of the date of this order. (Donati, J) (Entered: 09/21/2015) |
| 11/24/2015 | 110 | STIPULATION and PROPOSED ORDER for extending deadline to file amended consolidated complaint by Ronald A. Harris. Attorney Summer, Alexandra P. added. (Summer, Alexandra) (Entered: 11/24/2015) |
| 11/30/2015 | 111 | MINUTE ORDER issued by Courtroom Deputy C. Schultz for Judge Kimberly J. Mueller: Pursuant to the parties' stipulation (ECF No. 110 ) and good cause appearing, it is hereby ordered as follows: (1) The parties shall continue to meet and confer regarding their dispute. If they are unable to resolve their dispute, Plaintiffs shall timely file their motion to compel and Plaintiffs and Producing Defendants shall file a Joint Statement regarding the parties' disagreement, pursuant to Civil Local Rule 251, by December 18, 2015. If the Court's decision on the motion to compel orders Defendants to supplement their production, the parties shall complete the discovery plan approved by the Court within thirty days following entry of the Court's order on the motion, and Plaintiffs shall file any amended complaint within thirty days following the completion of the discovery plan. If the Court denies the motion, Plaintiffs shall file any amended complaint within |

| | | |
|---|---|---|
| | | thirty days following entry of the Court's order on the motion. (2) If the parties are able to resolve their dispute without filing a motion to compel, Plaintiffs shall file any amended complaint by January 19, 2016. (Text Only Entry) (Schultz, C) (Entered: 11/30/2015) |
| 12/17/2015 | 112 | STIPULATION and PROPOSED ORDER for Extending Deadline to File Amended Consolidated Complaint by Ronald A. Harris. (Summer, Alexandra) (Entered: 12/17/2015) |
| 12/28/2015 | 113 | MINUTE ORDER issued by Courtroom Deputy C. Schultz for Judge Kimberly J. Mueller: Good cause appearing, the parties' stipulated request for extension of time, ECF No. 112 , is GRANTED. It is hereby ordered as follows: (1) The parties shall continue to meet and confer regarding their dispute. If they are unable to resolve their dispute, Plaintiffs shall timely file their motion to compel and Plaintiffs and Producing Defendants shall file a Joint Statement regarding the parties' disagreement, pursuant to Civil Local Rule 251, by February 26, 2016. If the court's decision on the motion to compel orders Defendants to supplement their production, the parties shall complete the discovery plan approved by the court within thirty days following entry of the court's order on the motion, and Plaintiffs shall file any amended complaint within thirty days following the completion of the discovery plan. If the court denies the motion, Plaintiffs shall file any amended complaint within thirty days following entry of the court's order on the motion. (2) If the parties are able to resolve their dispute without filing a motion to compel, Plaintiffs shall file any amended complaint by February 26, 2016. (Text Only Entry) (Schultz, C) (Entered: 12/28/2015) |
| 02/24/2016 | 114 | STIPULATION and PROPOSED ORDER for Extending Deadline to File Amended Consolidated Complaint by Ronald A. Harris. (Summer, Alexandra) (Entered: 02/24/2016) |
| 02/26/2016 | 115 | MINUTE ORDER issued by Courtroom Deputy C. Schultz for District Judge Kimberly J. Mueller: For good cause shown, and according to the parties' stipulation, ECF No. 114 , the producing defendants shall produce the additional documents pursuant to the parties compromise by March 4, 2016, and plaintiffs shall file an amended consolidated complaint by April 4, 2016. (Text Only Entry)(Schultz, C) (Entered: 02/26/2016) |
| 04/04/2016 | 116 | FIRST AMENDED COMPLAINT against All Defendants by Jeffrey Shlosberg, Ronald A. Harris, Richard Ratcliff. Attorney Summer, Alexandra P. added.(Summer, Alexandra) (Entered: 04/04/2016) |
| 04/04/2016 | 117 | NOTICE of Request to Seal Document(s) pursuant to L.R. 141 by Ronald A. Harris, Richard Ratcliff, Jeffrey Shlosberg. (Summer, Alexandra) (Entered: 04/04/2016) |
| 04/14/2016 | 118 | ORDER signed by District Judge Kimberly J. Mueller on 4/14/16 DENYING 117 Request to Seal Document(s). (Jackson, T) Modified on 4/14/2016 (Jackson, T). (Entered: 04/14/2016) |
| 04/19/2016 | 119 | STIPULATION and PROPOSED ORDER for Setting Filing Deadlines and Page Limits by James Dimon, William B. Harrison, Jr., JPMorgan Chase & Co., Robert I. Lipp. (Kubek, Gary) (Entered: 04/19/2016) |
| 04/26/2016 | 120 | STIPULATION and ORDER signed by District Judge Kimberly J. Mueller on 4/26/16: Plaintiffs shall refile via ECF the redacted version of their Amended Complaint, within two business days of the Court's Order. Defendants shall file and serve a motion(s) in response to the Amended Complaint with one opening brief not to exceed fifty (50) pages on or before June 10, 2016. Plaintiffs shall file and serve one opposition brief not to exceed fifty (50) pages on or before August 9, 2016. Defendants shall file and serve one reply brief not to exceed twenty–five (25) pages on or before September 9, 2016. (Kaminski, H) (Entered: 04/26/2016) |
| 04/28/2016 | 121 | NOTICE *of Non–Request to Seal Documents in Connection with the Consolidated Amended Shareholder Derivative Complaint* by James Dimon, William B. Harrison, Jr., JPMorgan Chase & Co., Robert I. Lipp re 118 Order on Request to Seal Document(s). (Kubek, Gary) (Entered: 04/28/2016) |

| 04/28/2016 | 122 | FIRST AMENDED COMPLAINT against All Defendants by Jeffrey Shlosberg, Ronald A. Harris, Richard Ratcliff. (Attachments: # 1 Exhibits A–F, # 2 Exhibits G–H, # 3 Exhibits I–J, # 4 Exhibits K–O, # 5 Exhibits P–Q, # 6 Exhibits R–T, # 7 Exhibits U–V, # 8 Exhibits W–Z)(Summer, Alexandra) (Entered: 04/28/2016) |
|---|---|---|
| 06/10/2016 | 123 | MOTION TO DISMISS by James Bell, Crandall C Bowles, Stephen B. Burke, James S. Crown, Timothy P. Flynn, Ellen V. Futter, Laban P. Jackson, Jr., David C. Novak, Lee R. Raymond, William C. Weldon. Motion Hearing SET for 10/14/2016 at 10:00 AM in Courtroom 3 (KJM) before District Judge Kimberly J. Mueller. (Aaron, Jaculin) (Entered: 06/10/2016) |
| 06/10/2016 | 124 | DECLARATION of Stuart J. Baskin in support of 123 Motion to Dismiss. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (Aaron, Jaculin) (Entered: 06/10/2016) |
| 06/10/2016 | 125 | DECLARATION of Anthony J. Horan in supportt of 123 Motion to Dismiss. (Aaron, Jaculin) Modified on 6/15/2016 (Michel, G.). (Entered: 06/10/2016) |
| 06/14/2016 | 126 | MINUTE ORDER issued by Relief Courtroom Deputy A. Shaddox–Waldrop for District Judge Kimberly J. Mueller on 6/14/2016: The court is in receipt of Defendants' Motion to Dismiss (ECF No. 123 ). The motion is noticed for hearing on 10/14/2016, which is not an available law and motion date. Accordingly, the hearing on the motion is RESET for 11/4/2016 at 10:00 AM in Courtroom 3 before District Judge Kimberly J. Mueller. Filing deadlines are reset as provided by Local Rule 230. (Text Only Entry) (Shaddox–Waldrop, A) (Entered: 06/14/2016) |
| 07/01/2016 | 127 | NOTICE of CHANGE of ADDRESS by Emily V. Griffen. Attorney Griffen, Emily V. added. (Griffen, Emily) (Entered: 07/01/2016) |
| 07/15/2016 | 128 | STIPULATION and PROPOSED ORDER amending the Briefing Schedule by James Dimon, William B. Harrison, Jr., JPMorgan Chase & Co., Robert I. Lipp. (Kubek, Gary) Modified on 7/18/2016 (Michel, G.). (Entered: 07/15/2016) |
| 07/21/2016 | 129 | STIPULATION and ORDER RESETTING BRIEFING SCHEDULE signed by District Judge Kimberly J. Mueller on 7/21/2016 ORDERING that Plaintiffs shall file and serve one opposition brief on or before 9/9/2016. Defendants shall file and serve one reply brief on or before 10/21/2016. The page limits will remain as previously set. (Zignago, K.) (Entered: 07/21/2016) |
| 08/03/2016 | 130 | ORDER REASSIGNING CASE by Chief Judge Lawrence J. O'Neill: Due to the appointment of *Magistrate Judge Deborah Barnes* to the bench of the Eastern District of California, this action is reassigned from *Magistrate Judge Edmund F. Brennan* to Magistrate Judge Deborah Barnes for all further proceedings. (Jackson, T) (Entered: 08/03/2016) |
| 09/07/2016 | 131 | NOTICE of APPEARANCE by Brian S. Kabateck on behalf of Bradley P. Miller. Attorney Kabateck, Brian S. added. (Kabateck, Brian) (Entered: 09/07/2016) |
| 09/09/2016 | 132 | OPPOSITION by Ronald A. Harris to 123 Motion to Dismiss. (Attachments: # 1 Declaration of Alexandra P. Summer)(Summer, Alexandra) (Entered: 09/09/2016) |
| 10/21/2016 | 133 | REPLY by James Bell, Crandall C Bowles, Stephen B. Burke, James S. Crown, Timothy P. Flynn, Ellen V. Futter, Laban P. Jackson, Jr., David C. Novak, Lee R. Raymond, William C. Weldon re 123 Motion to Dismiss. (Aaron, Jaculin) (Entered: 10/21/2016) |
| 10/31/2016 | 134 | MINUTE ORDER issued by Courtroom Deputy C. Schultz for District Judge Kimberly J. Mueller: On the court's own motion, the hearing as to Defendants' Motion to Dismiss (ECF No. 123 ) set for 11/4/2016 is VACATED and RESET for 11/18/2016 at 10:00 AM in Courtroom 3 before District Judge Kimberly J. Mueller. (Text Only Entry) (Schultz, C) (Entered: 10/31/2016) |
| 11/15/2016 | 135 | MINUTE ORDER issued by Relief Courtroom Deputy J. Streeter for District Judge Kimberly J. Mueller: On the court's own motion, the Defendants' Motion to Dismiss (ECF No. 123 ) set for |

| | | |
|---|---|---|
| | | 11/18/2016 is VACATED and RESET for 12/1/2016 at 2:00 PM in Courtroom 3 before District Judge Kimberly J. Mueller. Filing deadlines are reset as provided by Local Rule 230. (Text Only Entry)(Streeter, J) (Entered: 11/15/2016) |
| 11/18/2016 | 136 | STIPULATION and PROPOSED ORDER for Resetting Hearing On Motion To Dismiss by Ronald A. Harris. (Summer, Alexandra) (Entered: 11/18/2016) |
| 11/28/2016 | 137 | MINUTE ORDER issued by Courtroom Deputy C. Schultz for District Judge Kimberly J. Mueller: The parties' Stipulation and Proposed Order Resetting Hearing (ECF No. 136 ) is GRANTED as MODIFIED. The hearing as to Defendants' Motion to Dismiss (ECF No. 123 ) set for 12/1/2016 at 2:00 PM is VACATED and RESET for 12/15/2016 at 3:00 PM in Courtroom 3 before District Judge Kimberly J. Mueller. (Text Only Entry)(Schultz, C) (Entered: 11/28/2016) |
| 12/13/2016 | 138 | MINUTE ORDER issued by Courtroom Deputy C. Schultz for District Judge Kimberly J. Mueller: The Motion Hearing as to Defendants' Motion to Dismiss (ECF No. 123 ) set for 12/15/2016 at 3:00 PM is ADVANCED on the same date to 2:00 PM in Courtroom 3 before District Judge Kimberly J. Mueller. (Text Only Entry) (Schultz, C) (Entered: 12/13/2016) |
| 12/15/2016 | 139 | MINUTES for MOTION HEARING held before District Judge Kimberly J. Mueller on 12/15/2016. After hearing oral argument as to Defendants' Motion to Dismiss the Consolidated Amended Complaint (ECF No. 123 ), the court took the matter under submission. A formal order will issue. Plaintiffs' Counsel, Alexandra Summer, Francis Bottini, Jr., Mark Molumphy, and Kelsey Fischer, present. Attorneys, Gary Kubek and Christopher Banks, present for Nominal Defendant JPMorgan Chase & Co. and Defendants James Dimon, William B. Harrison Jr., and Robert Lipp. Attorneys, Stuart Baskin, Alethea Sargent, and Emily Griffen, present for Defendants James Bell, Crandall Bowles, Stephen Burke, James Crown, Timothy Flynn, Ellen Futter, Laban Jackson, Jr., David Novak, Lee Raymond, and William Weldon. Court Reporter: Jennifer Coulthard. (Text Only Entry) (Schultz, C) (Entered: 12/15/2016) |
| 02/22/2017 | 140 | NOTICE *of Change of Counsel* by JPMorgan Chase & Co.. (Banks, Christopher) (Entered: 02/22/2017) |
| 06/30/2017 | 141 | ORDER signed by District Judge Kimberly J. Mueller on 6/30/2017 GRANTING IN PART 123 Motion to Dismiss; DISMISSING the plaintiff's fourth claim with prejudice; FINDING that the court does not have specific personal jurisdiction over the defendants as to the plaintiff's first, second, and third state law claims; TRANSFERRING said claims to the United States District Court for the Southern District of New York under 28 U.S.C. § 1406(a); DENYING the remainder of 123 Motion to Dismiss as moot. CASE CLOSED. (Michel, G.) (Entered: 06/30/2017) |